No. 4,606.—STATE ex rel. B. O'GRADY, Relator, v. DIS-
TRICT COURT IN AND FOR SHERIDAN COUNTY
ET AL., Respondents.

Original application for Writ of Certiorari.

Decided May 8, 1920.

PER CURIAM.—It appearing from the statement of counsel
made in open court at the hearing of the order to show cause
that the claims against Sheridan county out of which the pro-
ceeding arose were allowed and ordered paid before the order
to show cause was issued, and that only a moot question re-

mains for decision, the cause is, upon motion of counsel for relator, dismissed.

*Mr. S. C. Ford,* Attorney General, and *Mr. Frank Woody,* Assistant Attorney General, for Relator.

*Mr. Howard M. Lewis,* for Respondents.